UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| USA, IRS | ) | |
|    *Plaintiff* | ) | Case No. PJM09CV2501 |
| vs. | ) | |
| | ) | |
| Oheneba "Kwame" Gyamfi | ) | |
|    *Defendant* | ) | |

### RESPONSE TO JUDGE'S ORDER

Now comes, Kwame Gyamfi, to respond to this court's order (*see Exh. A*) dated January 20, 2010 stating that he "failed to file" an answer paper (No.9). Mr. Gyamfi points to docket entry (No. 12) (*See Exh. B*) as his answer to paper (No. 9). The document request that the clerk of the court apply Rule 55 for an entry of default judgment in favor of the petitioner. The attorney, Mr. Christopher D. Belen, has no standing before the court under Loc. Rule 102.1(a) since he is without a bar license to practice law in the District of Columbia or the state of Maryland (*See Exh C & D*). In Mr. Belen's filings before this court, he titled himself as a Trial Attorney for the Tax Division for the Department of Justice ("DOJ"). However, according to the Human Resource department for the DOJ, Mr. Belen was hired as a Law Clerk on August 30th, 2009. Under Local Rule 102.1(a), the clerk will only file documents from attorneys in good standing.

    WHEREFORE, the court has been officially made aware that Mr. Gyamfi did file an answer to Mr. Belen's motion. Apparently, the title "Notice to the Clerk" confused the process and the court has his apologies.

    WHEREFORE, Mr. Gyamfi will serve notice to the DOJ/OIG under the "Inspectors General Act" to ensure that the appropriate authorities have been notified of Mr. Belen's actions.

    WHEREFORE, Mr. Gyamfi moves this court to enter a default judgment in his favor based on this court's local rule 102.1(a) & FRCP Rule 55 for respondent's failure to answer.

Executed on __2/3__, 2010

_[signature]_
Signature

Kwame Gyamfi
905 Jackson Valley Ct
Bowie, MD 20721
Phone: (202)997-0941

Ray Hulser, Acting Chief
Public Integrity Section
Room 12100 BOND Bldg.
1400 New York Ave, N.W.
Washington, DC 20530

Glenn A Fine
Inspector General for the
Department of Justice
950 Pennsylvania Ave., NW
Room 4706
Washington, DC 20530

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| USA, IRS<br>    *Plaintiff*<br>vs.<br><br>Oheneba "Kwame" Gyamfi<br>    *Defendant* | )<br>)<br>)   Case No.<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I certify, pursuant to Title 28 U.SC. Code 1746, that the following documents were sent via a first class mailer to the U.S. Department of Justice agencies listed below.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on __2/3__, 2010

Signature: _O.G_

Kwame Gyamfi
905 Jackson Valley Ct
Bowie, MD 20721
Phone: (202)997-0941

Ray Hulser, Acting Chief
Public Integrity Section
Room 12100 BOND Bldg.
1400 New York Ave, N.W.
Washington, DC 20530

Glenn A Fine
Inspector General for the
Department of Justice
950 Pennsylvania Ave., NW
Room 4706
Washington, DC 20530