# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(SOUTHERN DIVISION)

| | | |
|---|---|---|
| OHENEBA "KWAME" GYAMFI | * | |
| Plaintiff | * | |
| v. | * | Civil No. PJM 09-2501 |
| COMMISSIONER OF INTERNAL REVENUE | * | |
| Defendant | * | |

## ORDER

Plaintiff Kwame Gyamfi having failed to file an opposition to Defendant Commissioner of Internal Revenue's Motion to Dismiss [Paper No. 9], it is, this 19th day of January, 2010

**ORDERED**, that Gyamfi show good cause within **20 DAYS** of the entry of this Order as to why the Complaint against Defendant should not be dismissed.

/s/
_____
PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE