# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

CASE NO: 8:09-cv-2501-PJM

IN RE: Kwame Gyamfi

_____ FILED   _____ ENTERED
_____ LODGED  _____ RECEIVED

DEC 1 : 2009

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
NIGHT DROP BOX

_Petitioner_

### NOTICE TO THE CLERK OF THE COURT FOR ENTRY OF DEFAULT JUDGMENT UNDER FRCP RULE 55

_Pursuant_ to Rule 55(d) of the Federal Rules of Civil Procedure, the petitioner, Kwame Gyamfi directs the clerk of this court to enter a default judgment against the respondent _Commissioner, IRS_ for failure to timely answer the motion for default judgment filed by the petitioner and entered onto the record on November 11, 2009. The clerk of this court, after entry into the record, advised the parties that the deadline for the response is due by November 30, 2009.

On November 23, 2009 Attorney Christopher D. Belen entered an answer to the petitioner's complaint and motion. In addition, Mr. Belen amended his Certificate of Service on December 1, 2009 after discovering an error in sending the documents to the petitioner. On further review, the petitioner has determined that Mr. Belen is NOT in "Good Standing" with the court and is in violation of Loc. Rule 102.1(a) which stipulates that "the clerk shall accept for filing only documents signed by a member of the bar". Furthermore, the rule establishes that the signature includes the attorney's "login and password to electronically file a document, constitutes the attorney's signature on the document".

Mr. Belen is not license to practice law in either the District of Columbia or the state of Maryland (See exhibit A & B). Therefore, the filings on November 23, 2009 are voided as the clerk is unable to accept his documents and answer to the complaint. Hence, the established November 30th, 2009 deadline to answer this complaint has expired.

THEREFORE, the clerk shall enter a judgment of $1,000,000 against the respondent, Commissioner, IRS in order to satisfy the stipulated penalty under Title 26 § 7433.