# EXHIBIT C



DISTRICT OF COLUMBIA BAR

December 3, 2009

To: Kwame Gyamfi

Dear Mr. Gyamfi:

Please be advised that **Christopher D. Belen** is <u>not</u> a member of the District of Columbia Bar.

If you have any additional questions or concerns, please feel free to contact me at 202-737-4700, ext. 3277 or jsamuel@dcbar.org.

Sincerely,

Jamal Samuel
Member Service Coordinator

1101 K Street NW, Suite 200, Washington, DC 20005-4210 • 202-737-4700, FAX 202-626-3471, www.dcbar.org