# EXHIBIT D

# CLIENT PROTECTION FUND
## OF THE BAR OF MARYLAND

BARBARA ANN SPICER, CHAIR
SUITE 902
9515 DEERECO ROAD
TIMONIUM, MARYLAND 21093

DOUGLAS M. BREGMAN, TREASURER
800 W
7315 WISCONSIN AVENUE
BETHESDA, MARYLAND 20814-3202

JAMES W. ALMAND, SECRETARY
SUITE 200
6200 COASTAL HIGHWAY
OCEAN CITY, MARYLAND 21842-3117

THEODORE W. BEAULIEU
12 FOREST DRIVE
LA VALE, MARYLAND 21502

CECELIA ANN KELLER
PO BOX 1010
WALDORF, MARYLAND 20604-1010

WILLIAM V. MEYERS
SUITE 400
6801 KENILWORTH AVENUE
RIVERDALE, MARYLAND 20737-1385

PATRICK A. ROBERSON
THE CAMPBELL BUILDING
SUITE 100
100 WEST PENNSYLVANIA AVENUE
TOWSON, MARYLAND 21204

LEONARD H. SHAPIRO
OWINGS CENTER, SUITE 203
10220 SOUTH DOLFIELD ROAD
OWINGS MILLS, MARYLAND 21117-3699

DONNA HILL STATON
13827 LAKESIDE DRIVE
CLARKSVILLE, MARYLAND 21029

JANET C. MOSS
EXECUTIVE DIRECTOR

December 4, 2009

Kwame Gyamfi
via facsimile only to: 301-576-5466

RE: Christopher D. Belen

Dear Mr. Gyamfi:

This letter is in response to your letter via facsimile dated December 3, 2009.

Christopher D. Belen is **not** a member of the Maryland bar.

If you have any questions please feel free to contact this office.

The Client Protection Fund of the Bar
Of Maryland